| | |
|---|---|
| Your Name: | Sergey Firsov |
| Your Address: | 333 Escuela ave, #141, Mountain view ca |
| Phone Number: | 650-2106804 |
| Email Address: | sfirsov1972@gmail.com |

Pro Se Plaintiff

FILED
OCT 27 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sergey Firsov

Plaintiff,

v.

DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, et al

Defendant.

Case Number: CV25-09203 [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐   No ■

## I.   PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

| | |
|---|---|
| Name: | Sergey Firsov |
| Address: | 333 Escuela ave, apt 141, Mountain view, CA 94040 |
| Telephone: | 650-2106804 |

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

| | |
|---|---|
| Name: | DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT |
| Address: | VENLOER STRASSE 151-153, COLOGNE NW, 50672, GERMANY |
| Telephone: | (800) 645-3880 |

Defendant 2:

Name: Lufthansa CityLine GmbH

Address: Munich Airport, FOC, Südallee 15, D-85356, Munich, Germany

Telephone: +49 (069) 86-799-799

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.   JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?
Montreal Convention 1999

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.   VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in __San Francisco__ County, it should be assigned to the __San Francisco__ Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

On 09/16/25 Plaintiff purchased round-trip ticket on Defendants with route SFO-WAW-LAX with departure on 10/02/25 and return on 10/05/25 and paid $849.71, booking OW01LV.

On 09/17/25 Plaintiff purchased connection ticket on United airlines with route LAX-SFO with departure on 10/05/25 and paid $98.48, booking AHDW5V. Plaintiff is member of loyalty program with Defendants and have silver level in Star Alliance. On 10/05/25 in WAW airport, Poland Plaintiff paid $150 for cat in cabin fee and paid $75 for baggage to Defendants. In the flight LH1611 WAW-MUC flight attendant warned Plaintiff to not touch the cat due crying. Flight attendant warned Plaintiff 2nd time to not open carriage and not pet cat.

Flight attendant warned Plaintiff 3rd time to not insert hand inside, ignore everything and put carriage under seat.

After arguing with her flight attendant grabbed Plaintiff for shoulder and threatened to divert aircratf.

Plaintiff complied and squeezed bag, so cat was damaged. Staff said Plaintiff that he will not fly & will be added to black list.

On 10/05/25 on next flight Plaintiff was denied boarding due arguing with staff. After describing issue Plaintiff was allowed to fly

Plaintiff and cat have got emotional distress during the flight and physical damage of shoulder and back/head.

Plaintiff filed Complaint to DOT. Plaintiff was humilated in public as passenger with pet.

| | |
|---|---|
| 1 | Plaintiff has Star-Alliance premier silver status on all Lufthansa airlines, so loyalty of Defendant should be |
| 2 | higher than regular passengers. Instead, Defendats humilated Plaintiff and damaged passenger/cat |
| 3 | and delayed passenger/baggage. Other passengers were able to relax on board, but Plaintiff has not. |
| 4 | Pet carriage is part of carry-on baggage and passenger is able to open any of his baggage |
| 5 | during the flight. This action humilated Plaintiff and discriminated for having cat in cabin. |
| 6 | Defendants have regular flights to SFO, California, so under article 33 of Montreal convention |
| 7 | Plaintiff has a right to file complaint in arrival airport SFO, where online contract was made |
| 8 | with California billing adress, california credit card and american IP-adress. |
| 9 | Plaintiff with baggage and small cat were damaged by Defendants and delayed in departure/arrival |
| 10 | and became unhealthy during the international flight. Under article 17 and 19 of Montreal convention |
| 11 | Plaintiff can ask reimbursement of actual damages. Plaintiff lost cost of tickets, paid baggage, |
| 12 | paid cat ticket and missed connection in LAX. Simple statement from airline staff that |
| 13 | "You are not flying" is enough to violate article 19 "Delay" of Montreal convention. |
| 14 | Threat from staff and multiple warnings are not legal without merrits, but under |
| 15 | Federal Aviation Administration's FAA "Zero Tolerance" policy passenger can face significant fines. |
| 16 | Law should work in both directions. Plaintiff has "Zero Tolerance" policy againt humilating airlines. |
| 17 | Plaintiff purchased cat for $2000 and cat was damaged by Defendant during flight, when |
| 18 | flight attendant forced Plaintiff to squeeze carriage under the seat. Cat in economy class was |
| 19 | disciminated by Defendants because in business class there is not concept "under the seat" |
| 20 | Defendants failed to upgrade Plaintiff with cat as silver member to business class, where |
| 21 | allowed EVERYTHING, even remove pet from carriage. Because in busisness class passengers |
| 22 | and pets have more rights and benefits. |

## VI. CLAIMS

### First Claim

Name the law or right violated:

Montreal convention 1999 - delay and damage passenger/baggage/pet

Name the defendants who violated it:

DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, Lufthansa CityLine GmbH

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each passenger has a right to secure, safe and health flight. Defendants have a duty of care for passengers/baggage and towards animals. Pet in cabin is substitite the carry-on baggage.

On 10/05/25 Defendants breached duties and phycially damaged passenger & cat during flight from WAW to SFO

On 10/05/25 Defendants delayed passenger with baggage to arrive in LAX/SFO.

According to articles 1.3 and 36 of Montreal convention domestic connection with international flight considered as single international flight, because Defendants are in same StarAlliance and knew route.

According to article 17 of Montreal convention Defendant responsible for damage of passenger, baggage and pet. Plaintiff and pet have got emotional distress, were damaged by staff.

According to article 20 of MC99 if the carrier proves that the damage was caused by passenger, carrier shall be wholly or partly exonerated from its liability. Plaintiff just wanted to pet the cat but Defendants physically damaged both, this is fully fault of Defendants. According to article 22(5,6) of MC99 limit of liability shall not apply if it is proved that the damage resulted from an act or omission of the carrier.

Limits from article 21 MC99 shall not prevent court from awarding whole or part of cost, expenses, interest.

Plaintiff and cat became unhealthy during flight from WAW to SFO, this is health damage.

According to article 19 on Montreal convention deny boarding is part of delay passenger/baggage

According article 22 of Montreal convention Defendants are liable for delay in arrival.

Only passengers have right to connect tickets. So, flight LAX-SFO is also considered as part of sinlge international trip SFO-WAW-SFO

According to article 26 MC99 Plaintiff can ask compensation for bodily harm.

According to article 33 MC99 plaintiff can file complaint in court of destination.

According to article 21 Defendants are owe 100'00 SDR for damage passenger (1SDR=$1.44)

Copy this page and insert it where you need additional space.

According to article 22 Defendants are owe Plaintiff 4150 SDR for delay passenger and 1000SDR for delay paid baggage (1SDR=$1.44). Defendants should refund whole tickets price for bad action on the board in amount $849.71 + $98.48, cat ticket $150 and price baggage $75.

Defendants should pay Plaintiff cost of cat $2000 for damaging it.

__2__ Claim

Name the law or right violated:
Covenant of good faith and fair dealing

Name the defendants who violated it:
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, Lufthansa CityLine GmbH

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each airline has duty of care for passengers, baggages and towards animals. Also each airline has a duty to act honestly. Defendants refused to respected SILVER status of Plaintiff in StarAlliance. Plaintiff and cat have got emotional distress & suffered bodily harm during the flight from WAW to SFO. Plaintiff selected these airlines because they advertized that it's well-regarded carrier with a strong reputation for service. Plaintiff expected perfect service. But Defendants breached contract automatically when violated Montreal convention because each contract of carriage has paragraph "should comply with international treaties", likes Montreal convention. Plaintiff had good relationship with Defendants before flight Defendants violated loyalty to their passengers and refused to communicate with them to resolve the issue. Defendants violated contractual law and should refund ticket price for whole single trip for passenger/baggage and his cat. Defendants as more stonger side in the contract created own rules that only they know about it and passengers can't change the rule without court intervention. Plaintiff has silver status in StarAlliance, where Defendants are the member. This implies more polite conversation and more attention to this passenger's needs. Instead, they damaged Plaintiff/cat during flight WAW-MUC and denied boarding on next flights MUC-LAX, LAX-SFO same day. Plaintiff and cat were damages during the flight, so Defendant violated duty of honesty. Defendants should pay Plaintiff for emotional distresss and punitive damages in amount TBD on trial

## First Claim

Name the law or right violated:

False advertising - CA B&P 17500 et seq.

Name the defendants who violated it:

DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, Lufthansa CityLine GmbH

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendant Lufthansa CityLine advertised "fast and convinient connection in FRA/MUC airports"

Denied boarding in MUC airport and arguing with staff are not convenient to Plaintiff and his cat.

Defendant DEUTSCHE LUFTHANSA advertised "efficient travel experience with many benefits"

Plaintiff believed it, join their loyalty program and selected these airlines on route SFO-WAW-LAX.

Defendants violated Montreal convention articles 1(3), 17, 19, 26, 21, 22, 36, denied boarding and damaged Plaintiff and cat.

Defendants breached contracts, argued with Plaintiff and denied boarding for arguing about his and animal rights

So, Plaintiff and cat were damaged health during single international trip SFO-WAW-LAX-SFO

Plaintiff and cat have got emotional distress due this act. California ADV laws prohibits a false advetising.

CA B&P 17500 et seq. allows to penalize airline for $2500 for each violation.

Deception was material to purchasing decisions. California UCL prohibits a false advertising.

Defendants couldn't provide Hospitality, Love & Care to Plaintiff. They provided poor service in SFO, so advertising is false

Defendants could not lie in written form that they will care customers on international trip, but later

in MUC airport argue with Plaintiff and deny boarding. Each Defendant should pay fine $2500

Plaintiff is member of StarAlliance and has silver level. Defendants has duty to respect Plaintiff

and his baggage/cat more than regular passengers. Defendant failed to upgrade Plaintiff to

business class and abused Plaintiff and animal during flight, damaged health and humilated

Plaintiff before other passengers.

Defendant DEUTSCHE LUFTHANSA advertised assistant only for DOGS, but not for CATS

Does mean Defendant not respects cats.

_____4_____ **Claim**

Name the law or right violated:
Breach of contract

Name the defendants who violated it:
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, Lufthansa CityLine GmbH

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each arline has a duty of care passengers, baggage and toward animals to ensure that basic needs were met. On 10/05/25 crew unreasonable denied Plaintiff to pet the cat on flight leading to animal saffering. Cat and Plaintfiff were damaged during flight - became unhealthy, not able to eat/drink and walk during long flight. These actions directly caused by Defendants action. Plaintiff concluded paid contract of carriage with Defendants on round-trip SFO-WAW-LAX with baggage. Plaintiff concluded 2nd paid contract of carriage the cat from WAW to LAX. Defendants breached contracts when ordered him to put carriage under the seat when free seat nearby. Defendants should reimburse tickets price as bad service and cost of cat for damaging it. Defendants should change their policy and allow passenger with animal to not remove carriage under the seat. because in business class there is no such concept "under the seat". Plaintiff purchased tickets through United airlines, but flights physically operated by Defendants. Cat and Plaintiff became unhealthy after flight. This is from direct action of Defendants Crew knew airlines rules that passenger can open any his bag during flight, but told Plaintiff opposite. Plaintiff may select different airline without this "stupid" rule. So, Defendant intentionally made a harm to Plaintiff/cat due personal hostility. Animal carriage is substitute of carry-on. Defendants breached contract and violated duty of care toward animals and passengers. Defendant breached contract and denied boarding to Plaintiff from Germany to California because Plaintff was not loyal to Defendants. Plaintiff has got damages as emotional distress and cat became unhealthy after flight. Defendants should pay emotional distress and punitive damages in amount TBD on trial. Defendants should reimburse the tickets cost for passenger, and his baggage and his cat ticket. Defendant violated own T&C when broken articles 17, 19 of Montreal convention.

_____5_____ Claim

Name the law or right violated:
Negligence infliction of emotional distress - duty of care towards the animals

Name the defendants who violated it:
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, Lufthansa CityLine GmbH

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each arline has a duty of care passengers, baggage and toward animals to ensure that basic needs were met. On 04/24/23 crew unreasonable denied restroom access to Plaintiff leading to animal saffering. Dogs were damaged during flight - became unhealthy, dirty and with bad smell due pee, not able to eat, drink and walk during long flight. These actions directly caused the harm to plaintiff and his dogs. Dogs were dirty, because crew denied bathroom brake. Does not matter who will pee on the floor - human or animal, crew have a duty of care to clean public restroom. Deny access to public corridor to change a dog matt is also humilating passenger. Defendant should reimburse ticket prices as bad service and cost of dogs for damaging it. Defendant should change their policy and allow passenger with ANY bag come to restroom. Defendant should pay 10% penalty as interest for using Plaintiff's money. Plaintiff purchased tickets through United airlines, but flight physically operated by Defendant. Dogs became unhealthy after flight. This is direct actions of Defendant. Plaintif and dogs damaged urinary tract and were dehydrated during international flight.

_____6_____ **Claim**

Name the law or right violated:
Animal abuse - International animal protection laws

Name the defendants who violated it:
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, Lufthansa CityLine GmbH

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Airline has duty of towars to animals. pets have a paid tickets. AWA and PETS Act protect animal from cruel and abuse acts from anyone, because pets not able to protect themself in carriage. This leads to animal saffering. Cat was damaged during long flight from WAW to LAX- became unhealthy, not able to eat, drink and walk during long flight to California. These actions directly caused the harm to Plaintiff and cat. Cat was damaged because staff threated Plaintiff to squeeze him under seat. Defendants should stop transporting animals to USA, because Defendant abused cat on the plane. Court should issue protective order for animals on all Lufthansa airlines in flights from-to USA. Defendants should reimburse ticket prices as bad service and cost of cat for damaging it. Defendants should change their policy and allow passenger with pet in cabin to pet them. Plaintiff purchased tickets through United airlines, but flights physically operated by Defendants. Plaintiff purchased tickets through United airlines, but flights physically operated by Defendants. Pet became unhealthy during flight. This is direct action of Defendants. Crew knew airlines rules that passenger can open any bag dirung flight, but told Plaintiff opposite. Plaintiff may select different airline without this "stupid" rule. So, Defendant intentionally made harm to Plaintiff and cat due personal hostility. Plaintiff concluded contract for carriage him and his baggs Cat is part of baggs, separate contract is signed on 10/05/25 in WAW airport, Poland and paid $150. Defendant breached contract and violated duty of care toward animals. Defendant did it intentinally because they would like to damage unloyal Plaintiff. Plaintiff has got damages as emotional distress and dogs became unhealthy during flight. This was caused by direct act of Defendant. Defendant should pay emotional distress and punitive damages, also reimburse tickets cost, cat cost

_____7_____ **Claim**

Name the law or right violated:
Animal cruelty laws (Federal and state)

Name the defendants who violated it:
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, Lufthansa CityLine GmbH

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each arline has a duty of care passengers, baggage and toward animals to ensure that basic needs were met. On 10/05/25 crew unreasonable denied Plaintiff to pet the cat during flight and damaged Plaintiff and his cat. They became unhealthy, not able to eat, drink and walk during long flight.

These actions directly caused the harm to plaintiff and his cat.

AWA (7 USC 2131) governs treatment of animal during flight. California penalizes for unnecessary animal suffering. Defendants prevented cat to be calm for long flight, causing distress.

Defendants should reimburse ticket prices as bad service and cost of cat for damaging it.

Plaintiff purchased tickets through United airlines, but flight physically operated by Defendants.

Cat became unhealthy after flight. This is direct actions of Defendants.

Crew knew airlines rules that passenger can open any bad during flight, but told Plaintiff opposite

Plaintiff may select different airline without this "stupid" rule. So, Defendant intentionally made harm to Plaintiff and cat due personal hostility. Plaintiff concluded contract for carriage him and his baggs

Cat has separate contract of carriage from WAW, Poland to LAX, CA for $150

Defendants breached contracts and violated duty of care toward animals. Defendants did it intentionally because they would like to damage unloyal Plaintiff. Plaintiff has got damages as emotional distress and cat became unhealthy during flight. This was caused by direct act of Defendants.

Defendants should pay emotional distress and punitive damages, also reimburse tickets cost, cat cost.

_____8_____ **Claim**

Name the law or right violated:
California business registration laws and Taxation code

Name the defendants who violated it:
Lufthansa CityLine GmbH

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendant has failed to register business in California, but doing regular flights to SFO/LAX, so agent for service is absent in CA.

Failure to register a foreign business leads to serious consequences, including voiding all contracts.

California laws allow for all contracts entered into during the period of non-registration to be voided.

Defendant breached ALL contracts and should refund all money to Plaintiff.

Defendant who is not in compliance with California's registration requirements may be suspended.

Under California revenue and Taxation code Defendant generally considered to be doing business in California for income and tax purposes. Defendant has not registered in any state in USA.

Law allows court's discussion of ANY problem in civil case in courts. California General Attorney should be served.

This is misleading Business practice, as Defendant must be registered in CDTFA before fly to/from California. And as a conclusion - Defendant could not hire any California attorney without registration.

Defendant's business should be temporary suspended in California. Defendant must immediately registered its name in California Secretary of State.

Court should VOID Plaintiff's contract of carriage with Defendant for failure to register in California.

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Defendants must reimburse Plaintiff the cost of tickets $849.71 and $98.48 as breach of contract

Defendants must reimburse Plaintiff cost of animal ticket $150 and baggage $75

Defendants must reimburse Plaintiff cost of damaged cat $2'000. Defendants should pay Plaintiff $5'908.56 (4'150SDR) for delay passenger and $1'423.75 (1'000SDR) for delay baggage.

Defendants should pay Plaintiff $142'375 (100'000SDR) for damage passenger and pet.

Defendants must pay Plaintiff for emotional distress and punitive damages for bodily harm in amount TBD on trial. Defendants must create clear rules for pasengers with pets for any strict rules on board.

Defendant Lufthansa CityLine GmbH should registred business in California Secretaty of state immediately.

All contracts of carriage from Lufthansa CityLine GmbH should be VOID until registration.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10/21/2025    Sign Name: _____

Print Name: Sergey Firsov