UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGEY FIRSOV,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, et al.,<br><br>Defendants. | Case No.  25-cv-09203-VKD<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 16 |

On January 16, 2026, the Court entered an order (1) directing plaintiff Sergey Firsov to file a status report regarding the status of his efforts to complete service on defendants Deutsche Lufthansa Aktiengesellschaft and Lufthansa CityLine GmbH by January 30, 2026, and (2) continuing the initial case management conference to March 3, 2026 at 1:30 p.m. via Zoom video conference.  Dkt. No. 16.

Mr. Firsov did not file a status report as ordered.  The docket reflects that Mr. Firsov filed a case management statement, dated January 30, 2026, which indicates that defendants have not been served, but that statement does not describe the status of his efforts to complete service.  Dkt. No. 17 at 2.  By **February 13, 2026**, Mr. Firsov shall file a written response to this order, showing cause why this action should not be dismissed for his failure to comply with the Court's order, and his failure to serve the complaint and summons on defendants.  Mr. Firsov shall appear for a show cause hearing on **February 17, 2026 at 1:30 p.m. via Zoom video conference**.

In view of the above, the Court continues the initial case management conference scheduled for March 3, 2026 to **April 7, 2026 at 1:30 p.m. via Zoom video conference**.  The parties shall file a joint case management statement in advance of the conference no later than

**March 31, 2026**.

     **IT IS SO ORDERED.**

Dated: February 6, 2026

*Virginia K. DeMarchi*

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California